UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 2:13-CV-19-FTM-29SPC |
| | : | |
| ALLAN A. KUEHNEMUND, | : | |
| | : | |
| Defendant, | : | |
| | : | |
| and | : | |
| | : | |
| SUNTRUST BANK, | : | |
| | : | |
| Garnishee. | : | |

## REPORT AND RECOMMENDATION

THIS CAUSE came on for consideration upon the United States of America's Motion for

Entry of Final Order in Garnishment, pursuant to 28 U.S.C. § 3205(c)(7), against the nonexempt

bank deposits of defendant Allan A. Kuehnemund (Doc. #19) filed on March 5, 2013.  The

undersigned previously held an exemption hearing in this matter on January 25, 2013, during which

time the Parties agreed to what is presented in the instant Motion.  The Court, having considered the

Application for Writ of Continuing Garnishment, Garnishee Suntrust Bank's Answer, the facts

presented at the exemption hearing held on January 25, 2013, and the instant Motion for Entry of

Final Order in Garnishment, finds that the entry of a final order in garnishment is in all respects

proper.

Accordingly, it is

**RECOMMENDED**:

The United States of America's Motion for Entry of Final Order in Garnishment (Doc. #19)

be **GRANTED**.  It is further

**RECOMMENDED** that Suntrust Bank, shall forthwith liquidate the Defendant's nonexempt

interest in Suntrust account number  xxxxxxxxx-9778, and pay over to the United States the

proceeds of that account, not to exceed $2,286,364.20.  It is further

**RECOMMENDED** that Garnishee shall release any administrative hold on Suntrust account

number xxxxxxxxx-5215, and return the balance of this exempt account to Mr. Arthur Kuehnemund,

who is exempt from this Writ and therefore not subject to garnishment.  It is further

**RECOMMENDED** that all payments made to the United States pursuant to this Order shall

bear the notation "Allan A. Kuehnemund, Case No. 2:13-cr-22-FTM-29DNF," be made payable to

"Clerk, United States District Court," and be sent to:

> Clerk, United States District Court
> ATTN:  DCU
> 401 West Central Boulevard, Suite 1200
> Orlando, Florida  32801.

It is further **RECOMMENDED** that upon payment to the United States of the proceeds of

the defendant's nonexempt interest in Suntrust bank account number xxxxxxxxx-5215, the Writ of

Continuing Garnishment directed to Suntrust Bank shall terminate pursuant to 28 U.S.C. §

3205(c)(10).

It is further **RECOMMENDED** that this Final Order of Garnishment would dispose of the

action and therefore the Clerk be directed to close the file.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

**Respectfully Recommended** at Fort Myers, Florida, this 6th Day of March, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:  All Parties of Record