UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                Case No. 2:13-cv-19-FtM-29SPC

ALLAN A. KUEHNEMUND,

        Defendant.
_____

**OPINION AND ORDER**

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #20), filed March 6, 2013, recommending that the government's Motion for Entry of Final Order in Garnishment (Doc. #19) be granted. No objections have been filed and the time to do so has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v.

Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge, with one exception.  The recommendation that the Writ as to "account number xxxxxxxxx-5215" will terminate upon payment to the United States appears to be a typographical error and will be construed as pertaining to account number xxxxxxxxx-9778.

Accordingly, it is now

**ORDERED**:

1. The Report and Recommendation (Doc. #20) is hereby **adopted** as modified, and the findings incorporated herein.

2.  The government's Motion for Entry of Final Order In Garnishment (Doc. #19) is **granted** as follows:

A.  Garnishee Suntrust Bank is directed to liquidate defendant's nonexempt interest in the account ending in 9778, and pay over the proceeds to the United States not to exceed $2,286,364.20;

B. Garnishee Suntrust Bank is directed to release any hold on funds held in the account ending in 5215 to defendant's father, Arthur Kuehnemund, as exempt and not subject to garnishment;

C.   The payment to the United States pursuant to this Order shall bear the notation "Allan A. Kuehnemund, Case No. 2:13-cr-22-FTM-29DNF" and be made payable to the Clerk, United States District Court.  The payment shall be sent to:

> Clerk, United States District Court
> Attn:   DCU
> 401 W. Central Boulevard, Suite 1200
> Orlando, Florida 32801

D.   Upon payment of the proceeds in the account ending in 9778, or exhaustion of property in the possession, custody, or control of the garnishee in which defendant has a substantial nonexempt interest, the writ may be terminated, with an accounting due within 10 days after the garnishment terminates pursuant to 28 U.S.C. § 3205.

3.   The Clerk shall enter judgment accordingly, provide a certified copy of this Order and the Judgment to the United States Attorney's Office for service on garnishee Suntrust Bank, terminate all deadlines and motions, and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this   4th   day of April, 2013.

JOHN E. STEELE
United States District Judge

Copies:
Hon. Sheri Polster Chappell
United States Magistrate Judge

Counsel of Record
Unrepresented parties